UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 2 3 2016

---

Juan Benitez et al.,

            Plaintiffs,

–v–

2067 Bake Corp. et al.,

           Defendants.

---

15-cv-8107 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 3 and August 4, 2016, the Court received an application via email from Sima Ali and Ali Law Group, P.C. per Local Civil Rule 1.4 requesting to be relieved as attorney of record for Defendant 2067 Bake Corp. by order of the Court. Based on Mr. Ali's application, he and his law group are relieved as attorney of record for Defendant 2067 Bake Corp. in this matter. This action is hereby stayed for thirty (30) days to allow Defendant 2067 Bake Corp. to obtain new counsel and for that new counsel to file a notice of appearance. In accordance with this stay, the post-discovery conference scheduled for September 9, 2016 is adjourned until October 14, 2016 at 2:30 p.m.

    Defendant should be aware that corporations must be represented by counsel. *See, e.g., Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007) (limited liability companies); *Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983) (corporations). Therefore, if no new counsel has appeared on behalf of Defendant at the end of this thirty (30) day period, Plaintiffs may file a motion for default for failure to defend pursuant to Federal Rule of Civil Procedure 55.

    Additionally, in his letter, Mr. Ali requested to fix an attorney's lien in the amount of $10,448.25 as compensation for unpaid services rendered. On August 19, 2016, the Court ordered Mr. Ali to provide an accounting of services rendered. Dkt. No. 32. On August 23, 2016, Mr. Ali complied with this order. Dkt. No. 33. After reviewing the supporting documentation, the Court hereby orders that a charging lien in the amount of $10,448.25 be fixed.

Outgoing counsel is ordered to serve a copy of this order on Defendant 2067 Bake Corp. on or before August 26, 2016.

SO ORDERED.

Dated: Aug 23, 2016
New York, New York

_____
ALISON J. NATHAN
United States District Judge