
RAYMOND NARDO, P.C.
Attorney for Defendants
129 Third Street
Mineola, NY 11501
(516)248-2121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JUAN BENITIZ, individually and on        :
behalf of others similarly situated,     :      CV-15-8107
                                                (AJN)
                        Plaintiff ,      :

            -against-                    :      **NOTICE OF**
                                                **APPEARANCE**
2067 BAKE CORP. (d/b/a GIGI CAFÉ),       :
HENRY JESSUP and JOHN DOE

                        Defendants.      :
----------------------------------------X

PLEASE TAKE NOTICE THAT the undersigned appears on behalf of the **DEFENDANTS** 2067 BAKE CORP (d/b/a GIGI CAFÉ) and HENRY JESSUP, in the above-captioned matter, and demands that all papers be served upon him at the address below:

                        RAYMOND NARDO, P.C.
                           129 Third Street
                          Mineola, NY 11501

By: _____
        RAYMOND NARDO, ESQ.

Dated:     August 26, 2016
           Mineola, NY