# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 2540 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

jbarton@faillacelaw.com

October 5, 2016

BY ECF
Hon. James C. Francis
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re:  **Benitez v. 2067 Bake Corp., et al. 15-cv-8107 (AJN)**

Your Honor:

  I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiff in the above-referenced matter. I write to request the settlement conference scheduled for October 7, 2016 be adjourned sine die. This is the first request of its kind and is submitted on consent.

  Today, the parties reached a settlement agreement in principal. The parties will be submitting their agreement to the Court for approval within the next several weeks. As such, the parties respectfully request the settlement conference scheduled for Friday, October 7, 2016 be adjourned sine die.

  Thank you for your consideration.

            Respectfully Submitted,

             /s/Jesse S. Barton
            Jesse S. Barton
            Michael Faillace & Associates, P.C.
            *Attorneys for Plaintiff*